

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00523-CR

Daniel **ORTEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 436539
The Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

The Motion to Withdraw as Counsel of Record filed by Kerrisa Chelkowski is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court